February 2, 2024

Honorable Judge Alston

**Re:** *23-12177-CMA- Theodore Nicoloudakis*

Dear Judge Alston :

This letter is meant strictly as a status report. My client has yet to complete the required credit counseling and thus I do not have the certificate to upload. I have prepped the petition and the schedules; however, there is information that I have tasked the client with tracking down in order to avoid muddying this docket further.

The intent remains to onboard a new counsel that focuses in the area of bankruptcy; however, they have been reluctant because of their want and desire to analyze the assets and liabilities to properly file the correct chapter and also work with some of the creditors for resolution.

Your order to file full schedules is not being ignored, I simply do not at the present have the information to file the documents and do not wish to waste any time or resources of the Court unnecessarily.

Again, thank you for the opportunity to send this status reports. If there is any additional information I can provide, please do not hesitate to contact me.

Respectfully,

_____
Phillip S. Ornstil