Entered on Docket September 6, 2024

**Below is the Order of the Court.**



_____
**Christopher M. Alston**
**U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

---

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re | Chapter 7 |
| Theodore Nicoloudakis, | Case No. 23-12177 |
| Debtor. | ORDER ON MOTION FOR RECONSIDERATION |

This matter came before the Court on the Debtor's Motion for Reconsideration (the "Motion") [ECF No. 162]. The Motion requests reconsideration of the Court's Order on Motion to Convert Case from Chapter 7 to Chapter 11 and Make a Small Business Sub-Chapter V Election (the "Order") [ECF No. 156]. In the Order, the Court denied the Debtor's request to convert the case to chapter 11. The Debtor's Motion asserts the Court erred in its consideration of the deadline for filing a Subchapter V plan under 11 U.S.C. § 1189(b) because the Debtor's previous issues in this case are the result of his reliance on prior counsel.

Motions for reconsideration are disfavored and are usually to be denied without a showing of either manifest error or of new facts or law that could not have previously been

Order - 1

brought before the Court with reasonable diligence.  Local Civil Rule 7(h), applicable through Local Bankruptcy Rule 9013-1(h).

The Motion raises no new facts or law that could not have previously been brought before this Court nor any manifest error made by the Court. The Court is well aware of the issues in this case and the conduct of the Debtor's prior counsel.  These facts do not change the Court's decision not to exercise its discretion to extend the deadline to file a Subchapter V plan under section 1189(b).  Now, therefore it is hereby

ORDERED that the Motion is DENIED.

///END OF ORDER///