JUDGE:　　Christopher M. Alston
CHAPTER:　7

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

In re:

THEODORE NICOLOUDAKIS,

　　　　　　　　　　　　Debtor.

Case No. 23-12177-CMA

NOTICE OF WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

(Clerk's Action Required)

TO:　Clerk of the Court

YOU AND EACH OF YOU PLEASE TAKE NOTICE that Wood & Jones, P.S., hereby withdraws as attorney of record for Edmund J. Wood, the Chapter 7 Trustee herein.

YOU ARE FURTHER NOTIFIED that Moewes Law, P.S., is hereby substituted as attorney of record for the Trustee, along with Denice Moewes, who is already counsel of record.

COPIES OF ALL FURTHER PAPERS AND PROCEEDINGS herein, except original process, shall be served upon the substituted attorney of record. This withdrawal and substitution of attorneys shall be effective as of the date set forth below.

Dated this 5th day of May, 2026.

**NOTICE OF WITHDRAWAL**
**AND SUBSTITUTION OF COUNSEL**

**page -** 1 -

**MOEWES LAW, P.S.**
**P.O. Box 80662**
**Seattle WA 98108**
**206-940-4075**

WOOD & JONES, P.S.                      MOEWES LAW, P.S.

/s/ Denice E. Moewes                    /s/ Denice E. Moewes
Denice Moewes, WSBA #19464              Denice Moewes, WSBA #19464

**NOTICE OF WITHDRAWAL**
**AND SUBSTITUTION OF COUNSEL**

**page -** 2 -